| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lisette A. Santiago–Owens<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1241<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–13812–ABA | |

## Order of Discharge                                                                                                   12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Lisette A. Santiago–Owens
    aka Lisette Owens, aka Lisette Santiago

<u>3/15/23</u>                                                                                   **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Lisette A. Santiago-Owens  
    Debtor

Case No. 18-13812-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 15, 2023      Form ID: 3180W      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisette A. Santiago-Owens, 1000 S Main St, Pleasantville, NJ 08232-3620 |
| 517356684 | + | Bank Of America Home Loans, P.O. Box 660694, Dallas, TX 75266-0694 |
| 517547159 | + | Dermatology Group, 1121 Situs Court, Ste 350, Raleigh, NC 27606-4275 |
| 517357279 | | Larry Owens, 1000 S Main St, Pleasantville, NJ 08232-3620 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 15 2023 20:44:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 517356683 | | EDI: APPLIEDBANK.COM | Mar 16 2023 00:33:00 | Applied Bank, POB 10210, Wilmington, DE 19850 |
| 517356685 | + | EDI: CAPITALONE.COM | Mar 16 2023 00:33:00 | Capital One, POB 30253, Salt Lake City, UT 84130-0253 |
| 517356686 | + | EDI: CAPONEAUTO.COM | Mar 16 2023 00:33:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 517356687 | + | EDI: CAPITALONE.COM | Mar 16 2023 00:33:00 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 517356689 | + | EDI: WFNNB.COM | Mar 16 2023 00:33:00 | Comenity Bank, POB 659705, San Antonio, TX 78265-9705 |
| 517356690 | + | EDI: AMINFOFP.COM | Mar 16 2023 00:33:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 517356691 | | EDI: HFC.COM | Mar 16 2023 00:33:00 | HSBC Bank Nevada, POB 5253, Carol Stream, IL 60197-5253 |
| 517356688 | | EDI: JPMORGANCHASE | Mar 16 2023 00:33:00 | Chase Bank USA, POB 15298, Wilmington, DE 19850 |
| 517448702 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2023 20:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517356692 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2023 20:44:00 | Mr. Cooper / Nationstar, PO Box 60516, City of Industry, CA 91716-0516 |
| 517356695 | | Email/Text: RASEBN@raslg.com | Mar 15 2023 20:44:00 | Nationstar Mortgage LLC, RAS Cintron LLC, 130 Clinton Rd Ste 202, Fairfield, NJ 07004-2927 |
| 517438090 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 18-13812-ABA    Doc 45    Filed 03/17/23    Entered 03/18/23 00:15:42    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: 3180W | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 15 2023 20:44:00 | Nationstar Mortgage LLC dba Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 517356693 | | Email/Text: bankruptcies@orangelake.com | Mar 15 2023 20:44:00 | Orange Lake/Wilson Resort, 8505 W Irlo Bronson Memorial Hwy, Kissimmee, FL 34747-8217 |
| 517356694 | | EDI: PRA.COM | Mar 16 2023 00:33:00 | Portfolio Recovery Assoc., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4962 |
| 517483448 | + | EDI: AIS.COM | Mar 16 2023 00:33:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Lisette A. Santiago-Owens jeanie@sadeklaw.com |
| Kevin Gordon McDonald | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 15, 2023 | Form ID: 3180W | Total Noticed: 22

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10